COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Ricky J. Cormier
Lafayette Parish Corr. Center
P.O. Box 2537
Lafayette, LA 70502

**REHEARING ACTION: August 24, 2011**

**Docket Number: 11   00582-KH**

**STATE OF LOUISIANA
VERSUS
RICKY J. CORMIER**

**Writ Application from St. Martin Parish Case No. 967007927**

**BEFORE JUDGES:**

> **Hon. Oswald A. Decuir**
> **Hon. Jimmie C. Peters**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ricky J. Cormier** has this day been

> **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for  the Respondent